UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-9153-MWF(ASx)**                              Dated: **December 22, 2016**

Title:    Clare Romanus -v- Wells Fargo Bank, N.A., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                                       None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

   In light of the Notice of Settlement filed December 21, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 23, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                                  Initials of Deputy Clerk   cw
CIVIL - GEN